UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GUIDEONE MUTUAL INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　vs.<br><br>PAPA JOHN'S USA, INC., UNITED STATES FIDELITY and GUARANTY COMPANY, PHILLIP SCHMITTOU, DONALD A. ROGERS, CAROL ROGERS,<br>　　　　Defendants. | 1:03-cv-1812-SEB-VSS |

## JUDGMENT

The Court, having this day entered its order granting Defendants' motion for summary judgment, and denying Plaintiff's motion for summary judgment,

IT IS ADJUDGED that Judgment be and the same is hereby entered in favor of United States Fidelity and Guaranty Company and against GuideOne Mutual Insurance Company.

IT IS SO ORDERED.

Date: 05/10/2005

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Jan N. Campbell
LEEUW OBERLIES & CAMPBELL, P.C.
jcampbell@indylegal.net

Christopher C. Levandoski
LEEUW OBERLIES & CAMPBELL
clevandoski@indylegal.net

Stephen R. Pennell
STUART & BRANIGAN
srp@stuartlaw.com

David Andrew Starkweather
STUART & BRANIGIN LLP
das@stuartlaw.com